

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Office of the Clerk
U.S. District Court
120 North Henry Street, Room 320
Madison, WI 53703

2011 JUN 13 AM 9: 15

Date: May 31, 2011

To: OFICE OF THE CLERK
Western District of Texas
San Antonio Division
655 East Durango Blvd., Room G65
San Antonio   TX 78206

Re: USA v. DEKA ABDALLA SHEIKH
Our Case No.  3:11-mj-50-pao
Your Case No. SA:11-CR-425(2)

**RECEIVED JUN -6 2011 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK**

Dear Clerk:

### Initial Transfer Out

[ ] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Wisconsin to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[✓] Enclosed please find certified copies of all documents filed in our court.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning the enclosed copy of this letter stamped RECEIVED.

Sincerely,

Andrew Wiseman
Deputy Clerk

cc: USA
    FPD
    USMS
    USP